UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GABAY, | Case No. CV 05-676 SJO(JC) |
| Petitioner, | (PROPOSED) |
| v. | JUDGMENT |
| JEANNE S. WOODFORD, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: June 29, 2009

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE